# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

In Re:

JOSÉ HIRAM RIOS TRIAS

Debtor

Case No.: 08-05716 (ESL)

Chapter 13

## TRUSTEE'S POSITION IN REGARDS TO DEBTOR'S MOTION REQUESTING THE RECONSIDERATION OF THE ORDER DISMISSING THE CASE, DOCKET No. 41

**TO THE HONORABLE COURT:**

**NOW COMES** José R. Carrión, Standing Chapter 13 Trustee (hereinafter, the "Trustee"), through the undersigned attorney, and very respectfully alleges and prays:

1. On May 12, 2010, the Trustee filed a Motion to Dismiss because Debtor had incurred in arrears in his plan payments. Docket No 38.

2. On June 18, 2010, this Honorable Court entered an Order dismissing the present case. Docket No. 39

3. On June 25, 2010, Debtor filed a motion requesting the reconsideration of the dismissal order. Docket No. 41 On said motion Debtor alleged he had partially cured the arrears.

4. The Trustee has reviewed Debtor's payment history and hereby informs this Honorable Court that regardless of the fact that Debtor made a payment after the case was dismissed; Debtor is still 3 payments, or $900.00, in arrears with the Trustee. An updated copy of Debtor's payment history has been attached to this document for the Court to review and consider.

5. In light of the aforementioned, it is the Trustee's position that unless Debtor becomes current with his plan payments; the case should remain dismissed and be closed.

**WHEREFORE**, the Trustee most respectfully requests this Honorable Court to deny Debtor's Motion Requesting the Reconsideration of the Order Dismissing the Case, Docket No. 41.

**CERTIFICATE OF SERVICE:** The Chapter 13 Trustee certifies a copy of this motion has been served by regular U.S. Mail on this same date to: the DEBTOR(s) and her/his/their attorney and all Creditors and Parties in Interest to their respective addresses of record as they appear in the attached master address list to the address of record, if any are not registered CM/ECF system participants.

In San Juan, Puerto Rico, this 30th day of June, 2010.

/S/ **Nannette M. Godreau Vázquez**
**Staff Attorney**
USDC-PR No. 227310

**JOSÉ R. CARRIÓN-MORALES**

CHAPTER 13 TRUSTEE
P.O. Box 9023884
San Juan, P.R. 00902-3884

Tel (787) 977-3535
Fax (787) 977-3550

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

In Re:

**JOSÉ HIRAM RIOS TRIAS**

Case No.: 08-05716 (ESL)

Debtor

Chapter 13

---

**Payment Plan:**  $350      x 7    = $2,450.00

$0.00     x 3    = $0.00

$300.00   x 50   = $15,000.00 (* Debtor is in month 11 of this period)

**TOTAL:**    $17,450.00

Debtor should have paid up to the month of May, 2010 (Month 21): $5,750.00

Total paid in up until today: $4,850.00

**Total delinquent amount: $900.00 = 3 payments.**

| Period | Date (Month/Year) | Payment Due | Payment Received | Deferred Amount | Amount Due |
|---|---|---|---|---|---|
| 1 | 9/2008 | $350.00 | $350.00 | | $0.00 |
| 2 | 10/2008 | $350.00 | $350.00 | | $0.00 |
| 3 | 11/2008 | $350.00 | | | $350.00 |
| 4 | 12/2008 | $350.00 | $350.00 | | $350.00 |
| 5 | 1/2009 | $350.00 | $350.00 | | $350.00 |
| 6 | 2/2009 | $350.00 | $350.00 | | $350.00 |
| 7 | 3/2009 | $350.00 | $350.00 | | $350.00 |
| 8 | 4/2009 | $0.00 | | | $350.00 |
| 9 | 5/2009 | $0.00 | $350.00 | | $0.00 |
| 10 | 6/2009 | $0.00 | | | $0.00 |
| 11 | 7/2009 | $300.00 | | | $300.00 |
| 12 | 8/2009 | $300.00 | $350.00 | | $250.00 |
| 13 | 9/2009 | $300.00 | | | $550.00 |
| 14 | 10/2009 | $300.00 | | | $850.00 |
| 15 | 11/2009 | $300.00 | | | $1,150.00 |
| 16 | 12/2009 | $300.00 | $1,150.00 | | $300.00 |
| 17 | 1/2010 | $300.00 | | | $600.00 |
| 18 | 2/2010 | $300.00 | | | $900.00 |
| 19 | 3/2010 | $300.00 | | | $1,200.00 |
| 20 | 4/2010 | $300.00 | | | $1,500.00 |
| 21 | 5/2010 | $300.00 | $300.00 | | $1,500.00 |
| 22 | 6/2010 | Not due yet | $600.00 | | $900.00 |

| | |
|---|---|
| 08-05716-ESL | CERTIFICATE OF MAILING |

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail to the parties listed below:

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | CELESTINO MATTA<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| MARILYN VALDES ORTEGA*<br>PO BOX 195596<br>HATO REY, PR 00919-5596 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE.<br>SAN JUAN, PR 00918 | JOSE HIRAM RIOS TRIAS<br>PO BOX 2123<br>CAYEY, PR 00737 |
| BANCO BILBAO VIZCAYA<br>PO BOX 364745<br>SAN JUAN, PR 00936-4745 | BANCO BILBAO VIZCAYA<br>C/O FRANCISCO J PORTUONDO DIAZ<br>PO BOX 364745<br>SAN JUAN, PR 00936-4745 |
| CITI FINANCIAL<br>CALLE CORCHADO #51 ESQ. NU?EZ ROMAN<br>CAYEY, PR 00736 | COOP A/C CIDRENA<br>PO BOX 1490<br>CIDRA, PR 00739-1490 |
| COOP A/C LA CIDRENA<br>C/O VICTOR GRATACOS DIAZ<br>PO BOX 7571<br>CAGUAS, PR 00726 | DEPARTAMENT TRANSPORTATION<br>PO BOX 41243<br>MINILLAS STATION<br>SAN JUAN, PR 00940 |
| FIRST BANK PUERTO RICO<br>PRESTAMOS PERSONALES<br>PO BOX 9146<br>SANTURCE, PR 00908-0146 | GISELA DE JESUS RODRIGUEZ<br>HC 71 BOX 4464<br>CAYEY, PR 00736 |
| LVNV FUNDING LLC<br>P.O. BOX 129<br>LINDEN, MI 48451-0129 | LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 |
| MSSS<br>PO BOX 192392<br>SAN JUAN, PR 00919-2392 | PR ACQUISITIONS LLC<br>AMERICAN INTL BUILDING<br>250 MUNOZ RIVERA AVENUE STE 1200<br>HATO REY, PR 00918 |
| PR ACQUISITIONS LLC<br>AMERICAN INTERNATIONAL BUILDING<br>250 MUÑOZ RIVERA AVE STE 1200<br>HATO REY, PR 00918 | SEGUROS MULTIPLES<br>P.O.BOX 363846<br>SAN JUAN, PR 00936-3846 |

DATED: June 30, 2010

ROSA QUIÑONES

OFFICE OF THE CHAPTER 13 TRUSTEE